**ROBINSON BRADFORD LLP**
  Matthew C. Bradford, Esq. (SBN 196798)
43471 Ridge Park Drive, Suite C
Temecula, California  92590
Telephone:     (209) 954-9001
Facsimile:     (209) 954-9091
matthew@robinsonbradford.net

**KELLEY DRYE & WARREN LLP**
  Miles M. Cooley (SBN 206783)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:     (310) 712-6100
Facsimile:     (310) 712-6199
mcooley@kelleydrye.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GREEN,<br><br>           Plaintiff,<br><br>    vs.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br>Does 1-50<br><br>           Defendants. | Case No.:   5:16-cv-01935-PA-DTB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

By and through their counsel, Plaintiff Mary Green and Defendant Kohl's Department Stores, Inc. stipulate and agree this matter be dismissed without prejudice and without costs to all parties.

DATED: August 3, 2017

                ROBINSON BRADFORD

                By: /s/ Matthew C. Bradford
                Matthew C. Bradford
                *Attorneys for Plaintiff Mary Green*

DATED: August 3, 2017

                KELLEY DRYE & WARREN LLP

                By: /s/ Miles M. Cooley
                Miles M. Cooley (SBN 206783)
                *Attorney for Kohl's Department Stores, Inc.*