**ROBINSON BRADFORD LLP**
  Matthew C. Bradford, Esq. (SBN 196798)
43471 Ridge Park Drive, Suite C
Temecula, California 92590
Telephone:    (209) 954-9001
Facsimile:     (209) 954-9091
matthew@robinsonbradford.net

**KELLEY DRYE & WARREN LLP**
  Miles M. Cooley (SBN 206783)
10100 Santa Monica Boulevard
Twenty-Third Floor
Los Angeles, CA 90067-4008
Telephone:    (310) 712-6100
Facsimile:     (310) 712-6199
mcooley@kelleydrye.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GREEN,<br><br>        Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br>Does 1-50<br><br>        Defendants. | Case No.: 5:16-cv-01935-PA-DTB<br><br>**ORDER DISMISSING THE MATTER WITHOUT PREJUDICE** |

Following stipulation of the Plaintiff and Defendant through their counsel, the Court hereby dismisses the above-entitled action without prejudice and without costs to the parties.

DATED: August 3, 2017

*[signature]*
Percy Anderson
United States District Judge

---

**PROPOSED ORDER DISMISSING THE MATTER WITHOUT PREJUDICE**
*Green v. Wells Kohl's*
- 1 -

4840-2125-1148v.1